JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO ALBERTO VASQUEZ,)                    Case No. CV 05-5747-PSG  (OP)
                         )
              Petitioner,)                     J U D G M E N T
                         )
        vs.              )
                         )
MIKE EVANS, Warden,      )
                         )
                         )
              Respondent.)
_____)

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered:  (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   December 2, 2008

                         _____
                         HONORABLE PHILIP S. GUTIERREZ
                         United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge